UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESIGN BASICS LLC,

    Plaintiff,

v.

BRUURSEMA BUILDERS, INC., et al.,

    Defendants.
_____/

Case No. 1:11-cv-707

HON. JANET T. NEFF

BRUURSEMA BUILDERS, INC., et al.,

    Third-Party Plaintiffs,

v.

STEVEN NYHOF ENTERPRISES, INC., et al.,

    Third-Party Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed July 17, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served and no objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 58) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** Third-Party Plaintiffs' Motion for Default Judgment (Dkt 50) is GRANTED for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order shall issue.

Dated: August 6, 2012          /s/Janet T. Neff
                                          JANET T. NEFF
                                          UNITED STATES DISTRICT JUDGE